

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **DOUGLAS MARSHALL JACKSON** | : | **CIVIL ACTION** |
| | : | |
| v. | : | |
| | : | |
| **P.N.C. BANK NATIONAL ASSOCIATION, et al.** | : | **NO. 15-1227** |

## ORDER

AND NOW, this 12 day of March, 2015, upon consideration of plaintiff's "Petition for Court Assistance to Pay Filing Fees" it is ORDERED that:

1. The petition is DENIED for the reasons discussed in the Court's Memorandum.

2. If he seeks to continue with this case, plaintiff must remit the $350 filing fee and $50 administrative fee to the Clerk of Court within thirty (30) days of the date of this Order.

3. The Clerk of Court shall CLOSE this case for statistical purposes.

BY THE COURT:

EDUARDO C. ROBRENO, J.